# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ RODRIGUEZ,<br><br>        Petitioner,<br><br>v.<br><br>SESSIONS, et al.,<br><br>        Respondents. | Case No.: 18cv1582-MMA<br><br>**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

The Court **DENIES AS MOOT** the Petition for Writ of Habeas Corpus Ad Prosequendum. Petitioner made his initial appearance before United States Magistrate Judge Peter C. Lewis on July 13, 2018 in El Centro, California. *See* Case No. 18CR117-GPC-3, Doc. No. 122. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

  **IT IS SO ORDERED**.

DATE: July 25, 2018

_____
HON. MICHAEL M. ANELLO
United States District Judge

1