

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cruz Rodriguez<br><br>　　　　　　　　　Petitioner<br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States;  David Harlow, Director, United States Marshals Service;  John Kelly, Secretary of the Department of Homeland Security; Steven C. Stafford, United States Marshal<br><br>　　　　　　　　　Respondents | Civil Action No.　　18cv1582-MMA<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies as moot the Petition for Writ of Habeas Corpus Ad Prosequendum. Petitioner made his initial appearance before United States Magistrate Judge Peter C. Lewis on July 13, 2018 in El Centro, California.

Date:　　7/25/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
　　　　　　　　　　R. Chapman, Deputy